JOSEPH BROPHY, Appellant, *v.* EDWARD B. BARTLETT et al., Respondents.

(Argued December 21, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made September 22, 1885, which affirmed a judgment entered upon an order non-suiting plaintiff on trial.

The court here held that the evidence was sufficient to require the submission of the questions of fact at issue to the jury.

*J. Stewart Ross* for appellant.

*James Moffett* for respondents.

FINCH, J., reads *mem.* for reversal and new trial.
All concur.
Judgment reversed.

---

CATHERINE R. ARCHER, Respondent, *v.* THE SIXTH AVENUE RAILROAD COMPANY, Appellant.

(Argued December 22, 1887 decided January 17, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 7, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*D. M. Porter* for appellant.

*Chauncey Shaffer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.